UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ALBERGO, an individual, and DAVID IRWIN, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>IMMUNOSYN CORPORATION, a Delaware corporation, ARGYLL BIOTECHNOLOGIES, LLC, a Texas limited liability company, JAMES T. MICELI, an individual, DOUGLAS A. MCCLAIN, JR., an individual, ARGYLL EQUITIES, LLC, a Texas limited liability company, STEPHEN FERRONE, an individual, DOUGLAS A. MCCLAIN, SR., an individual, THOMAS ROAD COMPANY, and DONA MICELI, an individual,<br><br>Defendants. | CASE NO. 09cv2653 DMS AJB<br><br>**WRIT OF ATTACHMENT AFTER HEARING**<br><br>Hon. Dana M. Sabraw<br><br>Complaint Filed: November 24, 2009<br>Trial Date: Not Set |

TO THE SHERIFF OR ANY MARSHALL OR CONSTABLE OF THE COUNTY OF SAN DIEGO, CALIFORNIA:

TO ANY REGISTERED PROCESS SERVER: You are only authorized to serve this writ in accord with C.C.P. 488.080.

\ \ \

1   This writ is to attach property of defendant James T. Miceli, last known to reside
2   at 1440 Cypress Point, Poway, California, and the attachment is to secure $625,000.
3   Name and address of Plaintiffs are as follows: Robert Albergo and David Irwin,
4   c/o Dean T. Janis, Janis Law Group, APC, 550 West C Street, Suite 2000, San Diego, CA 92101.
5   YOU ARE DIRECTED TO ATTACH the following property or so much thereof
6   as is clearly sufficient to satisfy the amount to be secured by the attachment: the real property
7   commonly known as 1440 Cypress Point, Poway, CA, San Diego County APN 277-210-07, and
8   legally described in the attached Legal Description Exhibit.
9   An interest in the real property described above stands upon the records of the
10  county, in the name of the following person other than the defendants: Countrywide Home
11  Loans, Inc., P.O. Box 10423, Van Nuys, CA 91410-0423.
12  Dated: _____2 SEP 2010_____   Clerk, by _____M. BROWN_____, Deputy

Page 1
Escrow No. 53010421 -U47

12733

LEGAL   DESCRIPTION   EXHIBIT

PARCEL 1:

LOT 70 OF CITY OF POWAY TRACT NO. 89-13R, THE HERITAGE, PHASE 1 UNIT 3, IN THE CITY OF POWAY, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO MAP THEREOF NO. 14143, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, FEBRUARY 12, 2001.

RESERVING THEREFROM, AS APPLICABLE, FOR THE BENEFIT OF HERITAGE CUSTOM ESTATES ASSOCIATION, A CALIFORNIA NONPROFIT MUTUAL BENEFIT CORPORATION ("ASSOCIATION"), NONEXCLUSIVE EASEMENTS FOR ACCESS, INSPECTION, MAINTENANCE AND REPAIR OVER THOSE PORTIONS OF SAID LOT, IF ANY, DESIGNATED AS COMMON AREA IN THE "DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS AND RESERVATION OF EASEMENTS FOR THE HERITAGE" RECORDED JANUARY 20, 1999 AS FILE NO. 1999-0032150, AND IN THE NOTICE OF ANNEXATION FOR PHASE 9 RECORDED ON FEBRUARY 16, 2001 AS FILE NO. 2001-0092174, AND ANY AMENDMENTS THERETO, IN THE OFFICIAL RECORDS OF SAN DIEGO COUNTY, CALIFORNIA (COLLECTIVELY THE "DECLARATION").

ALSO RESERVING THEREFROM, FOR THE BENEFIT OF GRANTOR AND THEIR RESPECTIVE SUCCESSORS AND ASSIGNS AND OTHERS, EASEMENTS FOR ACCESS, INGRESS, EGRESS, MAINTENANCE AND REPAIRS, AND FOR OTHER PURPOSES, AS DESCRIBED IN THE DECLARATION.

PARCEL 2:

NONEXCLUSIVE EASEMENTS FOR ACCESS, INGRESS, EGRESS, INSPECTION, MAINTENANCE, REPAIR, DRAINAGE, ENCROACHMENT, SUPPORT AND FOR OTHER PURPOSES, ALL AS DESCRIBED IN THE DECLARATION, AND ANY AMENDMENTS THERETO.

APN: 277-210-07

DEEDLEGL-00/09/94bk