# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Robert Albergo et al
    Plaintiffs

**V.**

Immunosyn Corporation et al
    Defendants

**JUDGMENT IN A CIVIL CASE**

**CASE NUMBER:** 09CV2653-DMS-MDD

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaintiff Robert Albergo is awarded the sum of $775,000, jointly and severally, against Defendants Douglas A. McClain, Sr., James T. Miceli, Dona Miceli, Argyll Biotechnologies, LLC, Argyll Equities, LLC, SW Argyll Investments, LLC, Thomas Road Company, and Immunosyn Corporation.

Plaintiff David Irwin is awarded the sum of $25,000, jointly and severally, against Defendants Douglas A. McClain, Sr., James T. Miceli, Dona Miceli, Argyll Biotechnologies, LLC, Argyll Equities, LLC, SW Argyll Investments, LLC, Thomas Road Company, and Immunosyn Corporation.

Plaintiffs are further awarded $350 in costs and prejudgment interest on their respective claims from November 24, 2009 through the date of entry of judgment in this case.

| July 26, 2012 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/A. Finnell-Yepez
(By) Deputy Clerk
ENTERED ON July 26, 2012